# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2602

Christian Rodriguez-Hernandez v. Attorney General United States of America

(A216-083-703)

## O R D E R

On **August 20, 2025**, a petition for review was filed and served in the above-captioned action. Pursuant to Fed. R. App. P. 17(a), the administrative record shall be filed in this office within 40 days from the date of service of the petition. The Executive Office of Immigration Review is directed to file the record on or before **September 29, 2025.**

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:　August 20, 2025
JK/cc:　　CL
EOIR
Pamela Bondi  Esq.
OIL
Alaina Taylor  Esq.